ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| ERIC RICARDO TORRES SUÁREZ<br><br>Parte Recurrente<br><br>V.<br><br><br><br>HOME DEPOT PUERTO RICO, INC.<br><br>Parte Recurrida | TA2026CE00570 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Hatillo<br>_____<br>Caso Núm.: AR2023CV01884<br>_____<br>SOBRE:<br>ACCIDENTE EN ESTABLECIMIENTOS COMERCIALES |

Panel integrado por su presidenta la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., juez ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 21 de mayo de 2026.

Examinada la *Petición de Certiorari* presentado por Eric Ricardo Torres Suárez el 7 de mayo de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*